**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RONALD D. SMITH,** ) | |
| **ID # 1969543,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:17-CV-0138-D |
| ) | |
| **LORIE DAVIS, Director,** ) | |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 10, 2017 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's April 7, 2017 petition for summary, default, judgment for failure to comply with "show cause" within sixty days, as per Rules Five See FRCP 50, 55, 56 § 2243 USC is denied.

**SO ORDERED**.

May 30, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE